**CV-10 2058**

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★ MAY 05 2010 ★

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
―――――――――――――――――――X

Colin Andrew Roach

against

Eric H. HOLDER., Attorney General
Janet NAPOLITANO
Christopher SHANAHAN       X

ORDER TO SHOW CAUSE FOR
PRELIMINARY INJUNCTION AND
TEMPORARY RESTRAINING ORDER

___ CV _____ ( )

**SEYBERT, J.**

Upon the affidavit of _Colin Roach_ sworn to the _____ day of _____, 20____, and upon the copy of complaint hereto annexed, it is ORDERED, that the above named defendant(s) show cause before a motion term of this Court, at room _____, United States Court House, Cadman Plaza East in Kings County and State of New York on _____, 20____, at _____ o'clock in the _____ noon thereof, or as soon thereafter as counsel may be heard, why an order should not be issued pursuant to Rule 65 FRCP enjoining the defendant(s) during the pendency of this action from /to

_Removing/Deporting said Colin Roach pur-_
_suant to an order of Removal by the_
_Immigration Courts dated 08/16/2007_ ; and it is further
ORDERED, that sufficient reason having been shown, therefore, pending the hearing of plaintiff's application for a preliminary injunction, pursuant to Rule 65 FRCP the defendant(s) are temporarily restrained and enjoined from

_____

_____

_____

and is further ORDERED, that security in the amount of $ _____ be posted by the plaintiff(s
and it is further ORDERED, that personal service of a copy of this order and annexed affidavit upo
the defendant(s) or his counsel on or before _____ o'clock in the _____ noon
_____, 20 _____ shall be deemed good and sufficient service thereof.

DATED:

_____
United States District Judge